UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

Iron Workers Local 580 Insurance Fund,

                Plaintiff,

      -v-

Novartis Pharmaceuticals Corp.,

                Defendant.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2025

25-cv-7230 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order further documents the rulings made at the initial pretrial conference on December 2, 2025.

Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than December 5, 2025. Initial requests for production of documents shall be served no later than December 30, 2025. Initial interrogatories pursuant to Rule 33.3(a) of the Local Rules of the Southern District of New York shall be served by January 2, 2026. The time to respond to requests for production and interrogatories is stayed pending further order of the Court. The parties are not permitted to serve notices of deposition or subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure absent further order of the Court.

The parties shall submit an ESI protocol, proposed protective order, privilege log protocol and expert stipulation by January 16, 2026. Defendant shall produce organizational charts to Plaintiff by January 26, 2026.

The Court will hold a case management conference on February 9, 2026 at 10:30am in Courtroom 15C, 500 Pearl Street, New York, NY 10007. By February 2, 2026, parties shall

2

submit competing positions in letters of no more than four single-spaced pages with respect to

whether some or all remaining fact discovery should go forward.

      SO ORDERED.

Dated: December 2, 2025
      New York, New York

                              LEWIS J. LIMAN
                        United States District Judge

2