UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
THE IRON WORKERS LOCAL 580 INSURANCE       :
FUND                                       :
:
:
Plaintiff,                  :          25-cv-07230 (LJL)
:
-v-                      :          ORDER
:
NOVARTIS PHARMACEUTICALS CORP.,            :
:
Defendant.               :
:
--------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

The Court will sign the protective order as proposed by Defendants with the following

exception: the Court will not sign § 3(a)–(o) which appear on their face to allow Defendants to

designate entire perhaps overly broad categories of information as attorneys' eyes only without

necessarily concluding that each document within that category warrants that protection.

Defendants shall file a proposed protective order consistent with this Order by January

29, 2026.

SO ORDERED.

Dated:  January 28, 2026
New York, New York                        LEWIS J. LIMAN
United States District Judge