UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
:
THE IRON WORKERS LOCAL 580 INSURANCE      :
FUND,                                     :
:
                          Plaintiff,      :          25-cv-7230 (LJL)
:
             -v-                          :          ORDER
:
NOVARTIS PHARMACEUTICALS CORPORATION,     :
:
                          Defendant.      :
:
----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2026

LEWIS J. LIMAN, United States District Judge:

The motion for a protective order at Dkt. No. 73 is granted, as modified.  Paragraph 16 of the protective order states that: "All Parties producing Confidential Discovery Material are deemed to be on notice that the Second Circuit puts limitations on the documents or information that may be filed in redacted form or under seal and that the Court retains discretion not to afford confidential treatment to any Confidential Discovery Material submitted to the Court or presented in connection with any motion, application or proceeding that may result in an order and/or decision by the Court unless it is able to make the specific findings required by law in order to retain the confidential nature of such material."   In fact, absent such specific findings, the Court may be required to deny a motion to file in redacted form or under seal.   The parties' agreement that materials are confidential is insufficient to support sealing.  A copy of this order shall be provided to all persons asked to sign Exhibit A of the Protective Order.

SO ORDERED.

Dated: March 17, 2026
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge