USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/03/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

THE IRON WORKERS LOCAL 580 INSURANCE FUND,

Plaintiff,

-v-

NOVARTIS PHARMACEUTICALS CORPORATION,

Defendant.

---------------------------------------------------------------------- X

25-cv-7230 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold oral argument on the motion to dismiss at Dkt. No. 42 on September 3, 2026 at 2:00 p.m. in Courtroom 15C of the 500 Pearl St. Courthouse.

SO ORDERED.

Dated: August 3, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge