UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE IRON WORKERS LOCAL 580 INSURANCE FUND,

Plaintiff,

-against-

NOVARTIS PHARMACEUTICALS CORPORATION.,

Defendant.

25 CIVIL 07230 (LJL)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 23, 2026, the Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED, and the Second Amended Complaint is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
September 25, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**